UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANGOI LAMBOI. | ) |
| | ) Case Number 09-280 |
| Plaintiff | ) |
| | ) CIVIL COMPLAINT |
| vs. | ) |
| | ) |
| COLLECTCORP CORPORATION | ) JURY TRIAL DEMANDED |
| | ) |
| | ) |
| Defendant | ) |
| | ) |

## STIPULATION OF DISMISSAL

AND NOW, this 7th day of May, 2009, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed without prejudice.

Warren & Vullings, LLP

BY: __/s/ *Brent F. Vullings*__
Brent F. Vullings, Esquire
Attorney for Plaintiff

Marshall Dennehey Warner Coleman & Goggin

BY: _____ ams 79427
Andrew M. Schwartz, Esquire
Attorney for Defendant